PETER O. DUNCAN, Respondent, v. JOHN E. McMURTRY and Another, Copartners, Doing Business under the Style and Designation of JOHN E. McMURTRY & Co., Appellants.— Motion for leave to appeal to the Court of Appeals denied. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal.   Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

C. MILTON FOREMAN and Another, Appellants, v. RUTH ELAINE REALTY CORPORATION, Respondent.— Motion for reargument denied, with ten dollars costs.   Motion for leave to appeal to the Court of Appeals denied.   Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

CORA GOODKIN, an Infant, etc., by Her Guardian ad Litem, SAMUEL GOODKIN, and Others, Respondents, v. BROOKLYN AND QUEENS TRANSIT CORPORATION and MICHAEL J. O'HARA, etc., Appellants.— Motion for reargument denied, with ten dollars costs.   Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

WALTER E. HAYNES, Respondent, v. HEWLETT POINT CORPORATION, Appellant.— Motion granted to the extent of staying all proceedings to enforce the judgment until the granting or final refusal by the Court of Appeals of leave to appeal.   Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

In the Matter of the Application of MODESTO BERARDINI, Individually and as Executor and Trustee, etc., of MICHAEL BERARDINI, Deceased, to Remove JOHN J. PULLEYN and Others, as Executors and Trustees under Said Will.   MODESTO BERARDINI, Appellant; JOHN J. PULLEYN and Others, Three of the Executors, etc., of MICHAEL BERARDINI, Deceased, and Others, Respondents.— (No. 532.) Motion for reargument denied.   Motion for leave to appeal to the Court of Appeals denied.   Motion for stay denied.   (No. 533.)   Motion to resettle order of March 16, 1934, denied.   Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

In the Matter of the Application of THE CITY OF NEW YORK Relative to Opening, etc., of NORTHERN BOULEVARD, etc.   THE CITY OF NEW YORK, Appellant; THOMAS ADIKES and Others, Respondents.— Motion for reargument of motion denied, with ten dollars costs.   Motion for leave to appeal to the Court of Appeals denied.   Motion for stay denied.   Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.